```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.)
ADAM GRAY #B-77079,              )
                                 )
             Petitioner,         )
                                 )
     v.                          )   No.  12 C 1743
                                 )
JOSEPH YURKOVICH, Warden,        )
                                 )
             Respondent.         )
```

MEMORANDUM ORDER

Nearly 15 years after Adam Gray ("Gray") was convicted of aggravated arson and two counts of first degree murder on which he is serving a sentence of natural life in prison, the "Exoneration Project" of the University of Chicago Law School, with two lawyers from Jenner & Block teaming up with law students, has filed a 28 U.S.C. §2254 Petition for Writ of Habeas Corpus ("Petition"). This Court's threshold review of that filing, as called for by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, unsurprisingly suggests that part or all of the Petition may be barred by limitations under 28 U.S.C. §2244(d)(1)--indeed, was perhaps time-barred even before any tolling kicked in under 28 U.S.C. §2244(d)(2) by reason of Gray's filing of his first state post-conviction petition.[1]

---

[1] Gray has most recently filed a third such state petition, which has not yet been ruled upon. In that respect his counsel have filed a motion to stay and abey the Petition to allow him to exhaust his state court remedies.

Accordingly this Court orders an initial status hearing for 9:15 a.m. March 20, 2012 to discuss the timeliness issue.[2] It should then be in a better position to determine what further proceedings are appropriate.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 12, 2012

---

[2] Although Gray's counsel have previously designated a March 28 presentment date, it seems to make good sense to address the limitations question at the earliest possible date.