# EXHIBIT 2



PEOPLE V. ADAM GRAY
INDICTMENT NO. 94CR-2793
PEOPLE'S EXHIBIT NO. 25