# EXHIBIT 3



PEOPLE V. ADAM GRAY
INDICTMENT NO. 94CR-2793
PEOPLE'S EXHIBIT NO.