

## Law Office of the
## COOK COUNTY PUBLIC DEFENDER

2650 S. CALIFORNIA • 7TH FLOOR • CHICAGO, IL 60608 • TEL: 773.869.3217 or 6989 • FAX: 773.869.3247

Hon. Abishi C. Cunningham, Jr. (Ret.) • Public Defender

November 16, 2010

Mr. Brij Patnaik, Esq.
Jenner & Block
353 North Clark, 41st Flr.
Chicago, Illinois   60610

Dear Mr. Patnaik:

Enclosed please find copies of the Adam Gray file you requested. We were unsuccessful in locating the complete file. Therefore, I am sending you copies of all documents in our possession.

If you have any questions, please contact me at 773/869.3412 (secretary) or 869.6989 (main number).

Sincerely,

*Crystal H. Marchigiani*
CRYSTAL H. MARCHIGIANI, Chief
Homicide Task Force

jca

Encl.