IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
ADAM GRAY, )
 )
        Petitioner, )
 )
  v. ) No. 12 C 1743
 )
KEVWE AKPORE, Warden, )
 )
        Respondent. )

## MEMORANDUM ORDER

Assistant Attorney General Leah Bendik has filed a notice of a change in the custodial status of habeas petitioner Adam Gray, advising that Kevwe Akpore has replaced Joseph Yurkovich as the Warden at Hill Correctional Center, where petitioner Gray is serving his state criminal sentence. In accordance with Fed. R. Civ. P. 25(d) this Court orders that Warden Akpore be substituted as the respondent in this action.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 26, 2013