# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted February 3, 2014
Decided February 13, 2014

**Before**

DIANE P. WOOD, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 13-3432 | |
| ADAM THOMAS GRAY, *Petitioner-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 12 C 1743 |
| KEVWE AKPORE, *Respondent-Appellee*. | Amy J. St. Eve, *Judge*. |

### O R D E R

Upon consideration of:

    1. **Petitioner-Appellant's Memorandum in Support of Jurisdiction**, filed on December 27, 2013, by Appellant Adam Thomas Gray,

    2. **Petitioner-Appellant's Motion for a Certificate of Appealability**, filed on December 27, 2013, by Appellant Adam Thomas Gray,

No. 13-3432 Page 2

   3. **Respondent-Appellee's Response to Petitioner-Appellant's Memorandum in Support of Jurisdiction**, filed on January 8, 2014, by Respondent Kevwe Akpore,

   4. **Respondent-Appellee's Response to Petitioner-Appellant's Motion for a Certificate of Appealability**, filed on January 8, 2014, by Respondent Kevwe Akpore

  IT IS ORDERED that the appeal is **DISMISSED** for lack of jurisdiction. The collateral-order doctrine does not provide appellate jurisdiction over the district court's order denying Gray's motion to lift the stay on his petition under 28 U.S.C. § 2254. The motion for a certificate of appealability is **DENIED** as moot.